**McLAIN LINE, Inc., Libelant-Appellee, v. PREMIUM COAL CO., Inc., Respondent-Appellee.**
**Tug THE SYBIL, Harold J. Reichert, Claimant-Impleaded-Appellant. Reichert Towing Line, Inc., Respondent-Impleaded-Appellant.**

No. 108.

Circuit Court of Appeals, Second Circuit.

Nov. 30, 1936.

Foley & Martin, of New York City, for respondent-impleaded-appellant.

Christopher E. Heckman, of New York City (Christopher E. Heckman, of New York City, of counsel), for claimant-appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Horace L. Cheyney and Gerald J. McKernan, both of New York City, of counsel), for libelant-appellee.

Thomas A. McDonald, of New York. City, for appellee Premium Coal Co., Inc.

1006

Tolbert, Ewen & Patterson, of New York City (Ward V. Tolbert and John L. McMaster, both of New York City, of counsel), amici curiæ.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.